# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEXTER MORGENSTERN,

                        Plaintiff(s),

      v.

TOMOCREDIT INC,

                        Defendant(s).

CASE NO. 2:24−cv−00416−SKV

DISMISSAL ORDER

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED The 8th of July 2024

                                              s/ S. Kate Vaughan

                                              S. Kate Vaughan
                                            United States Magistrate Judge